| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | CLEAR FORM |
|---|---|
| Susan E. Coleman (SBN 171832) <br> E-mail: scoleman@bwslaw.com <br> BURKE, WILLIAMS & SORENSEN, LLP <br> 444 S. Flower Street, 40th Street <br> Los Angeles, California 90071-2942 <br> Tel. 213.236.0600 Fax: 213.236.2700 | |
| ATTORNEY(S) FOR:  Defendant CITY OF NEWPORT BEACH | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| STACEY NOONAN <br><br> Plaintiff(s), <br> v. <br> CITY OF NEWPORT BEACH; BERNADETTE SANCEZ; PAUL SARRIS; LINA YOU, et al. <br><br> Defendant(s) | CASE NUMBER: <br> 8:25-cv-02747-JVS-ADS <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for       City of Newport Beach
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stacey Noonan | Plaintiff |
| City of Newport Beach | Defendant |
| Bernadette Sanchez | Defendant |
| Paul Sarris | Defendant |
| Lina You | Defendant |

January 28, 2026                   /s/ Susan E. Coleman
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Susan E. Coleman

CV-30 (05/13)                        NOTICE OF INTERESTED PARTIES