**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY NOONAN,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF NEWPORT BEACH; BERNADETTE SANCHEZ; PAUL SARRIS; LINA YOU; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:25-cv-02747-JVS-ADS<br><br>*Hon. James V. Selna*<br><br>**PLAINTIFF'S UNOPPOSED REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL AT SCHEDULING CONFERENCE**<br><br>Scheduling Conference:<br>Date: April 6, 2026<br>Time: 10:30 a.m.<br>Crtrm: 10C |

1

REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff hereby respectfully requests that Benjamin S. Levine, who is an attorney of record for Plaintiff but is not lead trial counsel, be permitted to appear at the upcoming Scheduling Conference in lieu of Plaintiff's lead trial counsel, Dale K. Galipo. The Scheduling Conference is currently scheduled for April 6, 2026, at 10:30 a.m. Plaintiff makes this request because Mr. Galipo will be preparing for a trial that is set to begin the following week and will be his fourth trial of 2026, and because Mr. Galipo desires that Mr. Levine, an associate attorney in his fourth year of practice, gain the additional courtroom experience that attendance would provide if the conference remains on calendar.

Prior to filing this request, Plaintiff's counsel raised it with Defendants' counsel, who advised that Defendants would not oppose the request.

Respectfully submitted,

Dated: March 30, 2026          LAW OFFICES OF DALE K. GALIPO

By   /s/ Benjamin S. Levine
         DALE K. GALIPO
         BENJAMIN S. LEVINE
         *Attorneys for Plaintiff*

2
REQUEST TO ALLOW APPEARANCE OF NON-LEAD TRIAL COUNSEL