**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY NOONAN,<br><br>          Plaintiff,<br><br>     v.<br><br>CITY OF NEWPORT BEACH;<br>BERNADETTE SANCHEZ; PAUL<br>SARRIS; LINA YOU; and DOES 1<br>through 10, inclusive,<br><br>          Defendants. | Case No. 8:25-cv-02747-JVS-ADS<br><br>*Hon. James V. Selna*<br><br>**[PROPOSED] ORDER ALLOWIN APPEARANCE OF NON-LEAD TRIAL COUNSEL FOR PLAINTIFF AT SCHEDULING CONFERENCE**<br><br><u>Scheduling Conference:</u><br>Date:   April 6, 2026<br>Time:   10:30 a.m.<br>Crtrm: 10C |

[PROPOSED] ORDER

## **[PROPOSED] ORDER**

Having reviewed Plaintiff's Unopposed Request to Allow Appearance of Non-Lead Trial Counsel at Scheduling Conference, IT IS HEREBY ORDERED that Plaintiff's counsel Benjamin S. Levine may appear at the Scheduling Conference on April 6, 2026, at 10:30 a.m., in lieu of lead trial counsel.

Dated: _____          _____

                                Honorable James V. Selna
                                United States District Judge

[PROPOSED] ORDER