**JUDGE JAMES V. SELNA**
**PRESUMPTIVE SCHEDULE OF PRETRIAL DATES**

| Matter | Time | Weeks before trial | Plaintiff's Request (Insert specific date) | Defendant's Request (Insert specific date) | Court Order |
|---|---|---|---|---|---|
| Trial date (jury) (court) Estimated length: __5-7_____ days | 8:30 a.m. (Tuesdays) | | 7/13/2027 | 7/13/2027 | |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony | | -1 | N/A | N/A | |
| Final Pretrial Conference; Hearing on Motions in Limine; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of Case | 11:00 a.m. (Mondays) | -2 | 6/21/2027 | 6/21/2027 | |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit List; Witness List; Status Report re Settlement | | -3 | 6/14/2027 | 6/14/2027 | |
| Last day for hand-serving Motions in Limine | | -6 | 5/24/2027 | 5/24/2027 | |
| Last day for hearing motions | 1:30 p.m. (Mondays) | -7 | 5/17/2027 | 5/17/2027 | |
| Last day for hand-serving motions and filing (other than Motions in Limine).  Please note extended notice requirements for motions for summary judgment under F.R.Civ. P. 56(c). | | -11 | 4/12/2027 | 4/12/2027 | |
| Non-expert Discovery cut-off | | -15 | 2/5/2027 | 2/5/2027 | |

**ADDITIONAL MATTERS TO BE DETERMINED AT SCHEDULING CONFERENCE**

L.R. 16-14 Settlement Choice:    (1) CT/USMJ      (2) Atty      (3) Outside ADR

| Matter | Time | Weeks | Plaintiff's Request | Defendant's Request | Court Order |
|---|---|---|---|---|---|
| Expert discovery cut-off | | | 4/2/2027 | 4/2/2027 | |
| Rebuttal Expert Witness Disclosure | | | 3/19/2027 | 3/19/2027 | |
| Opening Expert Witness Disclosure [See F.R.Civ.P. 26(a)(2)] | | | 2/26/2027 | 2/26/2027 | |
| Last day to conduct Settlement Conference | | | | | |
| Last day to amend pleadings or add parties | | | | | |

# EXHIBIT A

Revised 1-6-10