# <span style="color:red">DENIED</span>

# BY ORDER OF THE COURT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY NOONAN,<br><br>                Plaintiff,<br><br>        v.<br><br>CITY OF NEWPORT BEACH; BERNADETTE SANCHEZ; PAUL SARRIS; LINA YOU; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 8:25-cv-02747-JVS-ADS<br><br>*Hon. James V. Selna*<br><br>**[PROPOSED] ORDER ALLOWING APPEARANCE OF NON-LEAD TRIAL COUNSEL FOR PLAINTIFF AT SCHEDULING CONFERENCE [18]**<br><br><u>Scheduling Conference:</u><br>Date:   April 6, 2026<br>Time:  10:30 a.m.<br>Crtrm: 10C |

1

[PROPOSED] ORDER

**[PROPOSED] ORDER**

Having reviewed Plaintiff's Unopposed Request to Allow Appearance of Non-Lead Trial Counsel at Scheduling Conference, IT IS HEREBY ORDERED that Plaintiff's counsel Benjamin S. Levine may appear at the Scheduling Conference on April 6, 2026, at 10:30 a.m., in lieu of lead trial counsel.

<span style="color:red">**DENIED**</span>

Dated: April 02, 2026              BY ORDER OF THE COURT

Honorable James V. Selna
United States District Judge

Denied as moot.  JVS April 02, 2026

---

2

[PROPOSED] ORDER